UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-1834-GW(MRWx) | Date | April 14, 2015 |
|---|---|---|---|
| Title | *David Flynn, et al. v. Capital One, N.A., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   PLAINTIFF'S MOTION TO REMAND CASE TO SANTA BARBARA SUPERIOR COURT [11]**

On April 13, 2015, Plaintiffs filed a Motion to Remand with a hearing date set for April 27, 2015 [11].  The Motion is STRICKEN.  Plaintiffs may re-file the motion, if they choose, with a hearing date not less than 28 days after the motion is filed.  *See* C.D. Cal. L.R. 6-1 ("The notice of motion shall be filed with the Clerk not later than twenty-eight (28) days before the date set for hearing").

|  | 00 | : | 00 |
|---|---|---|---|
|  | Initials of Preparer | JG | |